■ In the Matter of SHEENA ROWE, Petitioner, v JOHN B. RHEA, as Chairperson of the New York City Housing Authority, et al., Respondents. [955 NYS2d 30]—

Substantial evidence supports the conclusion that petitioner continued to be a member of a drug conspiracy until her arrest in mid-May 2009, which was during her first two weeks as a public housing tenant (*see generally 300 Gramatan Ave. Assoc. v State Div. of Human Rights*, 45 NY2d 176, 180-181 [1978]). Al-

though the federal indictment to which she pleaded guilty defined the drug conspiracy as ending sometime in April 2009, the record supported a reasonable inference that petitioner did not withdraw from the conspiracy prior to her arrest.

Petitioner's claim that NYCHA failed to adhere to its pre-termination procedures is unpreserved because it was not raised before the agency (*see Matter of Hughes v Suffolk County Dept. of Civ. Serv.*, 74 NY2d 833, 834 [1989]), and, in any event, is not supported by the record.

The termination of petitioner's tenancy does not shock our sense of fairness (*see e.g. Latoni v New York City Hous. Auth.*, 95 AD3d 611 [1st Dept 2012]). Concur—Saxe, J.P., Friedman, Acosta, Renwick and Freedman, JJ.